UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>                Plaintiff,<br><br>   v.<br><br>RYAN WAY LLC,<br><br>                Defendant. | CASE NO. 2:23-cv-00826-JHC<br><br>ORDER REMANDING ACTION TO STATE COURT |

       This matter comes before the Court sua sponte.

       On June 2, 2023, pro se "movant" Luu Dinh Le filed a notice of removal of this case from King County Superior Court in Washington State to federal district court in the Western District of Washington. Dkt. # 1. On June 16, 2023, the Court ordered Defendant Ryan Way LLC to show cause, by no later than 5:00 p.m. on June 23, 2023, why this case should not be remanded to state court for lack of subject matter jurisdiction. Dkt. # 4. The Court warned Defendant that failure to timely respond to the Court's order would result in the remand of this action to state court. *Id.* at 3. To date, Defendant has not filed a submission for the Court's consideration. *See generally* Dkt. For the reasons set forth in its order to show cause, the Court

finds that it lacks subject matter jurisdiction over this action and therefore remands the case to state court. *See* Dkt. # 4.

The Court ORDERS as follows:

1. Pursuant to 28 U.S.C. § 1147(c), all further proceedings are REMANDED to the King County Superior Court of Washington State.

2. The Clerk shall send copies of this order to all counsel of record for all parties.

3. Pursuant to 28 U.S.C. § 1147(c), the Clerk shall mail a certified copy of this order to the Clerk of the Court for King County Superior Court.

4. The Clerk shall also transmit the record to the Clerk of the Court for King County Superior Court.

5. The Clerk shall CLOSE this case.

Dated this 26th day of June, 2023.

John H. Chun
United States District Judge